**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 29, 2008

CASE NUMBER:   **CV 07-05654 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- MIKHALI KHODORKOVSKY**
DATE MANDATE FILED:   4/25/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                                      Sincerely,

                                                      RICHARD W. WIEKING, Clerk

                                                      by: *Sheila Rash*
                                                      Case Systems Administrator

Distribution:   CIVIL      -      Counsel of Record

             CRIMINAL   -      Counsel of Record
                               U.S. Marshal (Copy of Mandate)
                               U.S. Probation Office

NDC App-16